OTTO M. DAVIS

*vs.*

GORHAM SAVINGS BANK

Cumberland.   Opinion, July 2, 1958.

*Julian G. Hubbard,* for plaintiff.

*Herbert H. Sawyer,*
*Fred W. Small,* for defendant.

SITTING: WILLIAMSON, C. J., WEBBER, TAPLEY, SULLIVAN, DUBORD, SIDDALL, JJ.

PER CURIAM.

This case was heard and decided by the court below without the aid of a jury. The defendant prevailed. Plaintiff now seeks review by means of a general motion for a new trial addressed to the Law Court. This method of review is available only in cases involving jury trials. The matter is jurisdictional and the Law Court is without statutory power to act. *Levee* v. *Mardin,* 126 Me. 133; *Espeargnette* v. *Merrill,* 107 Me. 304.

*Motion dismissed.*